IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENYATTA JOHNSON, Individually )
  and as a 2008 Democratic Party )
  Primary Candidate for State    ) Civil Action
  Representative and Elector     ) No. 08-cv-01748
  and on Behalf of All Citizens  )
  Within the 186th Legislative  )
  District and All Citizens     )
  of Philadelphia, and         )
DAMON K. ROBERTS, Individually  )
  and as a 2007 Democratic Party )
  Candidate for a Philadelphia   )
  City Council and Elector and   )
  on Behalf of All Citizens      )
  Within the Second Councilmanic )
  District and all Citizens of   )
  Philadelphia,                   )
                              )
          Plaintiffs         )
                              )
    vs.                           )
                              )
CITY AND COUNTY OF             )
  PHILADELPHIA,                  )
                              )
          Defendant          )

O R D E R

NOW, this 27th day of September, 2010, upon consideration of the following motions and documents:

    (1)  Defendant's Second Motion for Summary Judgment filed October 20, 2009, together with Memorandum of Law in Support of Defendant's Second Motion for Summary Judgment, Statement of Undisputed Facts, and accompanying exhibits; and

    (2)  Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment, which memorandum was filed November 11, 2009, together with Plaintiffs' Response to

Defendant's Statement of Undisputed Facts
and accompanying exhibits;[1]

after oral argument conducted before the undersigned on January 13, 2010; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that Defendant's Second Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that judgment on all of plaintiffs' claims is entered in favor of defendant City and County of Philadelphia and against plaintiffs Kenyatta Johnson and Damon K. Roberts.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

---

[1] Plaintiffs supplemented their memorandum in opposition by letter filed January 21, 2010, which attached a slip copy of Citizens United v. Federal Election Commission, ___ U.S. ___, 130 S.Ct. 876, 175 L.Ed.2d 753 (2010); and by letter filed June 19, 2010, which attached a slip copy of United States v. Marcavate, 609 F.3d 264 (3d Cir. 2010).